

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re D.M.

No. 06-24-00072-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we dismiss D.M.'s petition for a writ of mandamus. Therefore, we dismiss the petition.

RENDERED NOVEMBER 6, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk